# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FILMORENA H. GEORGIEVA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>FP HOLDINGS, L.P.,<br><br>        Defendant(s). | Case No. 2:14-cv-00862-GMN-VCF<br><br>ORDER GRANTING MOTION TO EXCUSE REPRESENTATIVE FROM INSURER AIG FROM ATTENDING THE EARLY NEUTRAL EVALUATION<br>(Docket No. 13) |

      Pending before the Court is Defendant's motion to excuse the physical attendance of a representative from the Palms' insurer, AIG, from the early neutral evaluation scheduled for September 23, 2014. *See* Docket No. 13. For good cause shown, the motion is hereby **GRANTED**.

      IT IS SO ORDERED.

      DATED: September 10, 2014

                                                                     _____
                                                                     NANCY J. KOPPE
                                                                        United States Magistrate Judge